IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06 CR 021-W |
| | ) [18 USC 2113(a); |
| MARCUS RASHAWN SMITH | ) 18 USC 924(c)(1); |
| | ) 18 USC 922(g)(1)] |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 17, 2005, in Hayneville, Alabama, in the Middle District of Alabama, the defendant,

**MARCUS RASHAWN SMITH,**

knowingly and willfully took by force and violence and by intimidation from the person or presence of person(s), money, belonging to and in the care, custody, control, management, and possession of Banc Corp South Bank, a federally insured bank, in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 2

On or about November 17, 2005, in Hayneville, Alabama, in the Middle District of Alabama, the defendant,

**MARCUS RASHAWN SMITH,**

knowingly and willfully used and carried and brandished a firearm during and in relation to a bank robbery, a crime of violence which is punishable by a term of imprisonment of more than one (1) year, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT 3

On or about November 17, 2005, in Hayneville, Alabama, in the Middle District of Alabama, the defendant,

### MARCUS RASHAWN SMITH,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Robber First Degree in the Circuit Court of Sumter County, Alabama (CC94-92), did knowingly and willfully possess a firearm, in and affecting commerce, that is, a Colt, .38 Police Special handgun, serial number C15047, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

On or about January 6, 2006, in Hayneville, Alabama, in the Middle District of Alabama, the defendant,

### MARCUS RASHAWN SMITH,

knowingly and willfully took by force and violence and by intimidation from the person or presence of person(s), money, belonging to and in the care, custody, control, management, and possession of Banc Corp South Bank, a federally insured bank, in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 5

On or about January 6, 2006, in Hayneville, Alabama, in the Middle District of Alabama, the defendant,

### MARCUS RASHAWN SMITH,

knowingly and willfully used and carried and brandished a firearm during and in relation to a bank

robbery, a crime of violence which is punishable by a term of imprisonment of more than one (1) year, in violation of Title 18, United States Code, Section 924(c)(1).

### COUNT 6

On or about January 6, 2006, in Hayneville, Alabama, in the Middle District of Alabama, the defendant,

MARCUS RASHAWN SMITH,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Robbery First Degree in the Circuit Court of Sumter County, Alabama (CC94-92), did knowingly and willfully possess a firearm, in and affecting commerce, that is, a Colt Police Special handgun, serial number C15047, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Susan R. Redmond
Assistant United States Attorney

3