

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - <br>MARCUS RASHAWN SMITH <br>SENTENCING GUIDELINES CASE | January 18, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk <br>U.S. District Court <br>Middle District of Alabama | Susan R. Redmond <br>Assistant U.S. Attorney |

      Please issue an arrest warrant for the following person who is to be indicted at the January 18, 2006, Grand Jury:

      Marcus Rashawn Smith

LIMITS OF PUNISHMENT
Cts. 1 & 4:
NMT $250,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NMT 20Y, or both;
NMT 3Y SUP REL;
$100 AF;
VWPA.

Ct. 2:
NMT $250,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NLT 7Y, or both;
No Probation;
$100 AF;
VWPA.

Cts. 3 & 6:
NMT $250,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NMT 10Y, or both;
NMT 3Y SUP REL;
$100 AF;
VWPA.

Ct. 5:
NMT $250,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NLT 25Y, NMT Life or both;
No Probation;
$100 AF;
VWPA.


Estimated trial time: 2 days