IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
vs. )   CASE NUMBER 2:06cr21WKW
)
MARCUS RASHAWN SMITH )
)

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE WARDEN AND/OR KEEPER OF THE   Lowndes County Jail
                                     Hayneville, Alabama
                          AT
and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETING:

   WE command you, that you have the body of Marcus Rashawn Smith a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of Montgomery, AL on 2/8/2006 at 10:00 o'clock A.M., to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT.**

DONE, this the   25th   day of   January   , 2006.

                                DEBRA P. HACKETT, CLERK
                                UNITED STATES DISTRICT COURT
                                MIDDLE DISTRICT OF ALABAMA

                                BY: _____
                                      Deputy Clerk