# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5-98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____ FOR _____ AT _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Marcus Smith

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE: ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS — Magistrate / District Court / Court of Appeals

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
- Name and address of employer: —
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment: Laying Bricks 12/05
- How much did you earn per month? $ 1200
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 1200
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

**CASH** — Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☐ Yes ☑ No

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: Single / Married / Widowed / Separated or Divorced
- Total No. of Dependents: 6
- List persons you actually support and your relationship to them:
  - Xavier — 17
  - Rico — 16
  - Ressie — 15
  - Tanequa — 12
  - Ashly — 12
  - Henry — 11

**DEBTS & MONTHLY BILLS** (List all creditors, including banks, loan companies, charge accounts, etc.)
Apartment or Home: _____
Creditors / Total Debt / Monthly Payt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Marcus Smith