| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: February 8, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:08 - 11:14 |

√ ARRAIGNMENT     ❏ CHANGE OF PLEA     ❏ CONSENT PLEA
❏ RULE 44(c) HEARING     ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr21-WKW-SRW     **DEFENDANT NAME:** Marcus Rashawn Smith
**AUSA:** Christopher Snyder     **DEFENDANT ATTORNEY:** Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     √ Not Guilty
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):        ❏ dismissed on oral motion of USA
                                 ❏ to be dismissed at sentencing

❏ Written plea agreement filed    ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ CRIMINAL TERM: 6/26/06        √ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE:** 2/8/06

❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal.
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel