AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

Marcus Rashawn Smith
(Address Unknown)

**WARRANT FOR ARREST**

Case Number: 2:06cr21-WKW

To: The United States Marshal
and any Authorized United States Officer

*[Stamp: RECEIVED 2006 JAN 25 A 8:22 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA]*

YOU ARE HEREBY COMMANDED to arrest __MARCUS RASHAWN SMITH__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

Took by Force and Violence Money belonging to Banc Corp South Bank (2cts)
Used a Firearm During Bank Robbery (2cts)
Felon with a Gun (2cts)

*[Stamp: RETURNED AND FILED FEB - 9 2006 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.]*

in violation of Title __18__ United States Code, Section(s) __2113(a), 924(c)(1), (g)(1)__

DEBRA P. HACKETT                          BY: *[signature]*
Name of Issuing Officer                    Signature of Issuing Officer

CLERK                                     1/24/06 - Montgomery, AL
Title of Issuing Officer - CLERK           Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

*WHCAP Lowndes Co Jail*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/2/06 | Robert Brown | By: Debi Brewer |