IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 2:06-CR-021-W |
| | ) | |
| **MARCUS R. SMITH** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **MARCUS R. SMITH**, in the above-styled matter.

Dated this 10th day of February 2006.

            Respectfully submitted,

            s/Christine A. Freeman
            **CHRISTINE A. FREEMAN**
            **TN BAR NO.: 11892**
            Attorney for Defendant
            Federal Defenders
            Middle District of Alabama
            201 Monroe Street, Suite 407
            Montgomery, AL 36104
            TEL:  (334) 834-2099
            FAX:  (334) 834-0353
            E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-CR-021-W** |
| ) | |
| **MARCUS R. SMITH** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan R. Redmond, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org