IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr021-WKW |
| | ) | WO |
| MARCUS R. SMITH | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's unopposed motion to extend (Doc. # 13), filed February 23, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The pretrial motions deadline is extended to March 23, 2006.

DONE, this 27th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE