| COURTROOM DEPUTY'S MINUTES | DATE: February 28, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 8:39 - 8:43 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER: 2:06cr21-WKW | DEFENDANT(S) Marcus Rashawn Smith |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Christine Freeman |

❏ **DISCOVERY STATUS:**
   Additional discovery to be furnished by 3/3/06 - Ms. Freeman questions Government about video tape of statement - Government states audio tape of statement is all that exists

❏ **PENDING MOTION STATUS:**
   Motion deadline has been extended by order to 3/23/06 - Ms. Freeman does not think this is enough time - Court directs Ms. Freeman to file another motion setting out reasons for further continuance of motion deadline

❏ **PLEA STATUS:**
   No plea discussions yet, but possible
   Notice of intent to change plea to be filed no later than noon on June 14, 2006

❏ **TRIAL STATUS**
   Trial time - 2 ½ days

❏ **REMARKS:**