IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-021-WKW-SRW |
| | ) | |
| MARCUS R. SMITH | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, **MARCUS R. SMITH**, by and through undersigned counsel and respectfully moves this Court to continue the trial of this action from the present trial date of June 26, 2006 until a later date.

In support of this Motion, defendant would show:

1. That additional investigation is essential to trial and motions preparation for this matter, which involves complicated allegations of two separate bank robberies, an arson, and a possible homicide. This is further detailed in Defendant's Unopposed Motion to Extend Motions Deadline, filed simultaneously with this motion.

2. The United States has no opposition to this requested continuance.

3. A Speedy Trial Waiver will be filed.

4. Defendant was brought into federal custody on a Writ and has pending charges in state courts.

5. Defendant is aware that the next available trial term assigned to this case may be several months later, including October or December 2006.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mr. Smith
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant U.S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mr. Smith
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org