**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-021-WKW-SRW** |
| | ) | |
| **MARCUS R. SMITH** | ) | |

**UNOPPOSED DEFENDANT'S MOTION TO EXTEND MOTIONS DEADLINE**

**COMES NOW** the defendant, **MARCUS SMITH**, by undersigned counsel, and respectfully moves to extend the Motions filing Deadline in this matter, now set for March 23, 2006.  As detailed below, defense counsel's investigation is not yet complete.   Further, this case is presently not scheduled for trial until June 26, 2006 and defense counsel is simultaneously filing an unopposed motion to continue the trial past that trial date.  Opposing counsel does not oppose these motions.

This motion is further supported by the following:

1.      Mr. Smith is charged in this indictment with a total of six counts, consisting of two counts of robbery, two counts of use of a firearm in furtherance of a crime of violence, and two counts of being a felon in possession of a firearm.

2.      The counts in this indictment arise out of two separate robberies, in November 2005 and January 2006, of a bank in Hayneville, Alabama.

3.      Defense counsel has received three packets of discovery from the United States, including CDs with photographs and one tape-recording of one of Mr. Smith's interviews.

4.     This discovery indicates that police officers investigating the bank robberies believe that at least two other crimes are related to these robberies:  an apparent arson of a trailer near the victim bank, which occurred on the day of the November 2005 robbery,  and the disappearance and possible homicide of a resident of Hayneville, which may have occurred in relation to the January 2006 robbery.

5.     If convicted on the counts charged in this federal indictment, Mr. Smith is likely facing mandatory, minimum, consecutive terms of five and twenty-five years, on the counts charging violations of 18 U.S.C. § 924( c), each of which would be consecutive to any sentences received on the robbery or felon-in-possession counts.  Potential charges and sentences on the possible related state charges include terms of Life and Death.

6.     Thus, these matters involve complicated factual allegations, with risks of extraordinary penalties.

7.     In addition, In the course of the police investigation of these matters, Mr. Smith has been interviewed multiple times, by state, local and federal law enforcement officers, including officers from the Lowndes County Sheriffs Department, the Hayneville City Police, the federal Alcohol, Tobacco & Firearms Bureau, and the Federal Bureau of Investigation.  Defense counsel has  not completed investigation of the circumstances of all of these statements.

8.     Because defense counsel have not completed investigation of all of these factual allegations and legal issues, and likely cannot complete such investigation to prepare for a June trial date, defense counsel also cannot conclude what motions are worthy of

pursuit at this time.  Potential motions include motions to suppress statements, motions to

suppress various evidentiary seizures, and motions to dismiss some or all of the indictment.

However, defense counsel has not completed the investigation necessary to elect a motions

strategy for litigation of this case.

      9.     The government does not oppose this motion.

     WHEREFORE, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mr. Smith
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 23, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Susan R. Redmond, Esq., Assistant United States Attorney, One Court Square,

Suite 201, Montgomery, Alabama 36104.

<u>**s/Christine A. Freeman**</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mr. Smith
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org