IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-021-WKW-SRW |
| | ) | |
| MARCUS R. SMITH | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, **MARCUS R. SMITH**, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the June 26, 2006 trial term through to the December 2006 trial term.

_/s/ Marcus Smith_
**MARCUS R. SMITH**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-021-WKW-SRW |
| | ) | |
| MARCUS R. SMITH | ) | |

I hereby certify that on March 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Andrew O. Schiff, Esq., Deputy Chief of the Criminal Division, One Court Square, Suite 201, Montgomery, Alabama 36104.

<u>s/Christine A. Freeman</u>
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org