IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA   RECEIVED
NORTHERN DIVISION

2006 APR 12 P 12: 36

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ~~LETRA P. HACKETT, CLK~~ |
| V. | ) | CASE NO: 2:06-CR-21-WKW |
| | ) | ~~MIDDLE DISTRICT ALA.~~ |
| MARCUS R. SMITH | ) | |

### *EX PARTE* APPLICATION IN FORMA PAUPERIS FOR SUBPOENAS DUCES TECUM TO BE ISSUED FOR SERVICE AND MOTION TO SEAL

Now comes the Defendant, **MARCUS R. SMITH,** *ex parte* and pursuant to Rule 17 (a),(b) and (c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3006A(e)(1), and respectfully moves the Court for an Order **SEALING** this Motion and the Court's related Order, and for issuance by this Court of an Order permitting the issuance of the following requested Subpoenas Duces Tecum, requiring the costs of the witness' transportation, subsistence and witness fees be paid at Government expense.  **Defense counsel's office will serve this subpoenas.**

Defendant, pursuant to Rule 17(a), (b) and (c) of the Federal Rules of Criminal Procedure, requests the issuance by this Court of an Order requiring service of the following subpoena:

1. **Custodian of Records**
**Alabama Department of Corrections**
**101 S. Union Street**
**Montgomery, Alabama**
**Telephone:  334-353-4053 (public information office)**

Said witness shall produce the following **INSTANTER** to defendant's counsel:
A copy of all records, including medical, educational, and mental health records, concerning **Marcus R. Smith, DOB 05-16-76, Social Security #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.**

In further support hereof, the Defendant shows the following:

1. The Defendant was adjudged indigent under the provision of the Criminal Justice Act of 1964, and the office of the Federal Defender was appointed to represent him.

2.      The above requested information is material to preparing a defense and/or sentencing recommendation on behalf of Mr. Smith.

3.      The Defendant also requests that this Application and Order be placed **under seal** until further order of the Court.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted and the Court issue an order requiring service of the subpoenas upon the aforementioned persons at Government expense.

Dated this 12th day of April 2006.

Respectfully submitted,

**CHRISTINE A. FREEMAN**
**TN Bar Code:**11892
Attorney for Marcus R. Smith
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org