IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-21-WKW |
| | ) | |
| MARCUS R. SMITH | ) | |

## ORDER

Having considered the foregoing *Ex Parte* Motion for Subpoenas Duces Tecum in connection with the prosecution for trial in the above-styled case,

**IT IS HEREBY ORDERED** that the requested Subpoenas Duces Tecum be issued for the following: **Alabama Department of Corrections.**

The cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

**IT IS HEREBY ORDERED** that the Application and Order for Issuance of subpoenas be placed **under seal** until further order of this Court.

**SO ORDERED**, this _____ day of _____, 2006.

_____
**UNITED STATES MAGISTRATE JUDGE**