IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-21-WKW |
| | ) | |
| MARCUS R. SMITH | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's *Ex Parte* Motion for Subpoenas Duces Tecum (Doc. # 20), filed April 12, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The requested Subpoenas Duces Tecum shall be issued for the following: **Alabama Department of Corrections.**

The cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

IT IS FURTHER ORDERED that the Application and Order for Issuance of subpoenas be placed **under seal** until further order of this Court.

DONE, this 13th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE