IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr021-WKW |
| | ) | |
| MARCUS R. SMITH | ) | |

## **ORDER**

Upon consideration of defendant's unopposed motion to extend motions deadline (Doc. # 18), filed March 23, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All pretrial motions shall be filed on or before June 2, 2006.

DONE, this 3rd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE