IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr21-WKW |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference previously scheduled for June 2, 2006 be and hereby is **rescheduled** for **3:00 p.m. on September 25, 2006** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 24th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE