## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:06-CR-021-WKW** |
| | **)** | |
| **MARCUS R. SMITH** | **)** | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to withdraw as counsel of record and for appointment of a CJA panel attorney on behalf of Defendant Marcus R. Smith.   In support of this Motion, counsel states the following:

1.      The Federal Defender's Office was appointed to represent Mr. Smith with respect to the criminal charges he faces in the above-styled case.  Undersigned counsel filed a Notice of Appearance in this case on February 10, 2006.

2.      Undersigned counsel has discovered that a conflict exists between attorney and client that requires the undersigned counsel to withdraw from further representation of Mr. Smith.  Said conflict relates to information provided to counsel by Mr. Smith which may impact others.  If necessary, further details of said conflict may be provided under seal to the Court.

3.      On behalf of Mr. Smith, undersigned counsel requests that CJA panel attorney Charles "Chip" Vercelli be appointed to represent Mr. Smith in all further proceedings in this case.  Mr. Smith will not be prejudiced by such a change in counsel at this time and Mr. Vercelli has agreed to accept this appointment, if ordered by the Court.

**WHEREFORE**, undersigned counsel prays that the office of the Federal Defender

be permitted to withdraw from the representation of Mr. Smith and that Charles Vercelli, Jr.

be appointed to represent him.

Dated this 26th day of May 2006.

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Marcus Smith
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Susan R. Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Marcus Smith
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099