## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-021-W |
| ) | |
| MARCUS RASHAWN SMITH ) | |

### NOTICE OF APPEARANCE

Please take notice that Charles E. Vercelli, Jr. hereby gives Notice of Appearance as appointed Attorney of Record for Defendant Marcus Smith in the above-styled case. The undersigned has been representing the Defendant since May 17, 2006, when the Federal Defenders' office determined that it needed to withdraw, and the undersigned has had various meetings with Defendant and others since that time.

Respectfully submitted on this the 26th day of May, 2006.

/s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:  334-834-8805
FAX:  334-834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney and to all counsel of record.

/s/ C. E. Vercelli, Jr.
Of Counsel

504-06/Notice-Appear.1.wpd