IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr021-WKW |
| | ) | WO |
| MARCUS R. SMITH | ) | |

**ORDER ON MOTION**

Upon consideration of defendant counsel's motion to withdraw (Doc. # 25), filed May 26, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  Accordingly, it is

ORDERED that CJA panel attorney Charles Vercelli be appointed to represent the defendant for all further proceedings.  The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this 31st day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE