| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 25, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:09 - 3:10 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr21-WKW | **DEFENDANT(S)** Marcus Rashawn Smith |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Susan Redmond | * | Charles Vercelli |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
    Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Preliminary plea negotiations
    Notice of intent to change plea to be filed on or before noon on October 4, 2006

☐ **TRIAL STATUS**
    Trial time - 3 days

☐ **REMARKS:**
    Defendant will be asking for continuance.