### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-021-W |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant Marcus Smith moves this Honorable Court to continue the trial of this case. As grounds for this motion, Defendant says:

1. The case is set for trial on October 16, 2006.

2. Defendant Smith believes that the case is not ready for trial and that the ends of justice will be met by granting a continuance of the trial. The Government (by and through Assistant U.S. Attorneys Susan Redmond and Louis Franklin) agrees to the Defendant's request to continue this case. Ms. Redmond has authorized the undersigned to make this representation to the Court.

3. The Defendant is assisting the Government on pending matters, including with respect to evidence against an unindicted co-conspirator concerning the two bank robberies that are the subject of this indictment.

4. The Government and the Defendant anticipate that the Defendant will give further assistance to the Government at the sentencing hearing of Leon Carmichael. Mr. Carmichael's sentencing has been delayed recently, and Defendant has already testified against Mr. Carmichael during a hearing before the Honorable Myron Thompson on or about August 3, 2006. It is in Defendant's best interest to allow him to further testify against Mr. Carmichael before he faces trial and/or sentencing with regard to the bank robberies at issue in this case.

5. The Defendant anticipates that he will enter into a plea bargain agreement with the Government, and needs additional time to finalize the agreement and to provide further assistance to federal and state law enforcement officers with respect to other matters not now pending before any federal court.

6. Defendant is likely to be sentenced to a significant term of imprisonment, if

he pleads guilty or is adjudicated guilty, so that delaying this trial another several months will not be adverse to the Defendant's interests. Defendant agrees to the requested continuance of at least 3 months, and has signed the attached Waiver of Speedy Trial Rights, which is incorporated herein by reference.

**WHEREFORE**, for good cause shown, Defendant moves this Honorable Court to continue the October 16, 2006, trial of this case and to set cutoffs according to the new schedule.

Respectfully submitted on this the 28th day of September, 2006.

/s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:   334-834-8805
FAX:   334-834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney.

/s/ C. E. Vercelli, Jr.
Of Counsel

504-06/M-Continue Trial.2.wpd