IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
v.                           )          CR. NO. 2:06-cr-021-WKW-SRW
                             )
MARCUS RASHAWN SMITH         )

### WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, MARCUS R. SMITH, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the October 2006, term, and agrees to a continuance of the trial through and until January or February of 2007.


_____
MARCUS R. SMITH

504-06/Wiaver of Speedy Trial.wpd