**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

November 29, 2006

# NOTICE OF CORRECTION

TO:       Attorney Charles Vercelli

FROM:     Sheila Carnes, Senior Courtroom Deputy

SUBJECT:  United States of America v Marcus Rashawn Smith
          Criminal Number 2:06cr21-WKW

It appears that documents numbered 31, 32 and 33, which are court orders, were not e-noticed to you when they were e-filed. When your Notice of Appearance was filed in this case, the notice "yes" box was not checked on the screen which links you to the defendant, therefore, the system has not generated e-notices to your office. And, when the CJA 20 voucher was e-filed, we failed to make the correction on your record at that time.

Your attorney information has been corrected and copies of documents numbered 31, 32 and 33 are attached to this notice.