| COURTROOM DEPUTY'S MINUTES | DATE: December 18, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:36 9:41 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER: 2:06cr21-WKW | DEFENDANT(S) Marcus Rashawn Smith |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * * * * * | Todd Hughes standing in for Chip Vercelli for this proceeding only |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   No pending motions

☐ **PLEA STATUS:**
   Probable plea
   Last date to file notice of intent to change plea is on or before noon on December 28, 2006

☐ **TRIAL STATUS**
   Trial time - 4-5 days
   Defendant to file motion to continue trial (because of lengthy negotiations and state court proceedings)

☐ **REMARKS:**
   Court allows Mr. Hughes to stand in for Chip Vercelli for the purpose of these proceedings only.
   Counsel's discussions with Court as to new speedy trial waiver procedures.