**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**UNITED STATES OF AMERICA )**
**)**
**v. ) CR. NO. 2:06-cr-021-W**
**)**
**MARCUS RASHAWN SMITH )**

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant Marcus Smith moves this Honorable Court to continue the trial of this case. As grounds for this motion, Defendant says:

1. The case is set for trial on January 8, 2007.

2. Defendant Smith believes that the case is not ready for trial and that the ends of justice will be met by granting a continuance of the trial. As stated by the Government (by and through Assistant U.S. Attorneys Susan Redmond) during the pretrial conference on December 18, 2006, the Government does not oppose the Defendant's request to continue this case.

3. The Defendant is assisting the Government on pending matters, including with respect to evidence against an unindicted co-conspirator concerning the two bank robberies that are the subject of this indictment.

4. The Government and the Defendant anticipate that the Defendant will give further assistance to the Government at the sentencing hearing of Leon Carmichael. Mr. Carmichael's sentencing has been delayed again, and Defendant does not now know whether the sentencing has yet been rescheduled. Defendant will testify against Mr. Carmichael at that sentencing hearing before the Honorable Myron Thompson. It is in Defendant's best interest to allow him to further testify against Mr. Carmichael before he faces trial and/or sentencing with regard to the bank robberies at issue in this case.

5. The Defendant anticipates that he will enter into a plea bargain agreement with the Government, and needs additional time to finalize the agreement and to provide

further assistance to federal and state law enforcement officers with respect to other matters not now pending before any federal court.

6. Defendant is likely to be sentenced to a significant term of imprisonment, if he pleads guilty or is adjudicated guilty, so that delaying this trial another several months will not be adverse to the Defendant's interests. Defendant agrees to the requested continuance of at least 3 months. Counsel understands that waivers of speedy trial rights are no longer required, so one is not attached.

7. Counsel for Defendant notes that he will be in trial in Andalusia from January 22-26 and in Lee County from January 29 through February 16, so counsel requests that this case be continued until at least late February, 2007. Defendant Smith concurs in this request.

**WHEREFORE**, for good cause shown, Defendant moves this Honorable Court to continue the January 8, 2007, trial of this case and to set cutoffs according to the new schedule.

Respectfully submitted on this the 22nd day of December, 2006.

**/s/ C. E. Vercelli, Jr.**
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL: 334-834-8805
FAX: 334-834-8807
cvercelli@vercelli-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2006, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney.

**/s/ C. E. Vercelli, Jr.**
Of Counsel

504-06/M-Continue Trial.3.wpd