**COURTROOM DEPUTY'S MINUTES**                    **DATE: April 2, 2007**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:17 - 3:18**

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Wakler**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr21-WKW**          **DEFENDANT(S) Marcus Rashawn Smith**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Susan Redmond | *  Charles Vercelli | |
| | * | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
   **Complete**

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
   **Likely plea - some discussions**
   **Notice of intent to change plea to be filed on or before noon on April 11, 2007**

❒ **TRIAL STATUS**
   **Trial time - 2 ½ days**

❒ **REMARKS:**