## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-021-W |
| ) | |
| MARCUS RASHAWN SMITH ) | |

### NOTICE OF INTENT TO CHANGE PLEA

Defendant Marcus Smith hereby notifies the Court and Counsel that he intends to accept the Plea Bargain Agreement proffered by the United States Attorney, and gives notice that he intends to change his plea to guilty.

Respectfully submitted on this the 6th day of April, 2007.

/s/ C. E. Vercelli, Jr.
CHARLES E. VERCELLI, JR. (ASB-6085-V82C)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:   334-834-8805
FAX:   334-834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney.

/s/ C. E. Vercelli, Jr.
Of Counsel