| COURTROOM DEPUTY MINUTES | DATE: APRIL 9, 2007 | FTR RECORDING: 9:25:50 - 9:57:30 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Risa Entrekin |

☐ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**

☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER   **DEPUTY CLERK:** Kelli Gregg
**CASE NUMBER:** 2:06-CR-21-WKW-SRW   **DEFENDANT NAME:** MARCUS R. SMITH
**AUSA:** SUSAN REDMOND   **DEFENDANT ATTY:** CHARLES E. VERCELLI, JR.
Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO
**USPTS/USPO:** _____
Defendant _____ does  √  does NOT need and interpreter.   Name: _____

---

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **MISDEMEANOR INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) 1-6 of the **Indictment**

☐ Count(s) _____ ☐ dismissed on oral motion of USA

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued ☐ same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:

☐ Trial on _____; ☐ Sentencing on _____; ☐ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on ____; or √ Sentencing on _____ √ Set by separate Order.

SCANNED

# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. SUSAN RUSS WALKER, PRESIDING              AT MONTGOMERY, AL

| DATE COMMENCED: | 4/9/07 | AT: | 4:26 p.m. |
|---|---|---|---|
| DATE COMPLETED: | 4/9/07 | AT: | 4:57 p.m. |

UNITED STATES OF AMERICA §
vs.                       §     CR. NO. 2:06CR21-MEF
                          §
MARCUS R. SMITH           §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | | Charles E. Vercelli, Jr. |

### COURT OFFICIALS PRESENT:
Kelli Gregg, Courtroom Clerk
Risa Entrekin, Court Reporter

### COURTROOM PROCEEDINGS:

( X ) **Change of Plea**

4:26 p.m - Court convenes.
Oral Motion to Amend Indictment as to Counts 3 and 6 by the government.
Court GRANTS Oral Motion to Amend Indictment as to Counts 3 and 6.
Defendant signs consent to proceed before a magistrate form.
Government states the terms of the plea agreement to the Court.
Defendant is given the oath and sworn in with the Court.
Oral Motion by the Government to Amend the Indictment as to Count 3 to have it say a .357 handgun was possessed and used during the robbery and not a .38.
Court GRANTS Oral Motion to Amend Indictment as to Count 3.
Defendant pleads guilty to Counts 1-6 of the Indictment.
Court accepts defendant's guilty plea.
Court remands defendant to the custody of the U.S. Marshals Service.
4:57 p.m. - Court is in recess.