IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-21-WKW |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

**UNOPPOSED MOTION FOR LEAVE TO AMEND INDICTMENT**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and request that the Court grant its' Motion For Leave to Amend Indictment, and as grounds states as follows:

1.　Federal Rules of Criminal Procedure, Rule 7(e) allows the Court to amend an indictment at any time before the verdict or finding, "Unless an additional or different offense is charged or a substantial right of the defendant is prejudiced" 7(e) F.R.Cr.P.

2.　The indictment in this case states, in Count 3, that the defendant knowingly possessed a Colt, .38 Police Special Handgun, serial number C15047. At his change of plea on April 9, 2007, the defendant told the Court that the gun he possessed on November 17, 2005, was a .357 caliber pistol. The United States orally motioned to amend the indictment to reflect that the defendant possessed a .357 caliber pistol, a better description of which is unknown, as alleged in Count 3 of the indictment. The defendant stated that he was not opposed to the granting of the oral motion by the United States.

3.　The indictment in this case states, in Count 6, that the defendant knowingly possessed a Colt, .38 Police Special Handgun, serial number C15047. At his change of plea on April 9, 2007, the defendant told the Court that the gun he possessed on January 6, 2006, was a .38 caliber pistol.

The United States orally motioned to amend the indictment to reflect that the defendant possessed a .38 caliber pistol, as alleged in Count 6 of the indictment. The defendant stated that he was not opposed to the granting of the oral motion by the United States.

4. No additional offense will be charged and no substantial right(s) of the defendant will be prejudiced by such amendment.

Based on the above, the Government respectfully requests that the Court grant leave to amend the Indictment to reflect the above-stated adjustments to the Indictment in this case.

Respectfully submitted this the 10th day of April, 2007.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Susan R. Redmond
>SUSAN R. REDMOND
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>334.223.7280
>334.223.7135   fax
>susan.redmond@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-21-WKW |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles E. Vercelli, Jr.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    susan.redmond@usdoj.gov