**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-21-WKW |
| | ) | |
| **MARCUS RASHAWN SMITH** | ) | |

**ORDER**

It is ORDERED that the sentencing scheduled for June 29, 2007, is CONTINUED.

DONE this 21st day of June, 2007.

          /s/   W.  Keith Watkins
     UNITED STATES DISTRICT JUDGE