# VITA

**GUY JOEL RENFRO**

**Kirkland, King, & Renfro
Clinical Psychologists, P.C.
1520 Mulberry Street
Montgomery, Alabama  36106-1520**

**Phone (334) 269-1106
Fax (334) 832-9557**

**Date of Birth:**              June 20, 1953

**Place of Birth:**              Montgomery, Alabama

## EDUCATIONAL BACKGROUND

| | | |
|---|---|---|
| June, 1970 – June, 1973 | David Lipscomb University Nashville, Tennessee | B.A. Psychology *Magna cum laude* |
| September, 1973 - March, 1976 | Auburn University Auburn, Alabama | M.S. Psychology |
| March, 1976 - December, 1979 | Auburn, University Auburn, Alabama | Ph.D. Clinical Psychology |

## PROFESSIONAL LICENSURE

Alabama Board of Examiners in Psychology
Licensed Psychologist # 329, June 13, 1980

## PROFESSIONAL CERTIFICATION

Alabama Department of Mental Health
Certified Forensic Examiner # 033 & 062, July, 1992

## PROFESSIONAL EXPERIENCE

**Private practice in clinical psychology; Kirkland, King, & Renfro; Clinical Psychologists, P.C.; Montgomery, Alabama; July, 1985 to present**

> Maintain a private practice in clinical psychology offering a variety of services including outpatient assessment and psychotherapy with adults, adolescents, children, and families.     Provide outpatient group psychotherapy for special populations, e.g. sex offenders, pain patients, etc.. Inpatient consultation at five local hospitals where privileges as psychologist are maintained. Conduct forensic psychological evaluations which frequently includes preparing written reports for court and testimony as an expert witness. Serve as provider of clinical services for a national employee assistance program which serves local industries employing approximately 900 people. Conduct weekly psychology clinic at offices of a group of family practice physicians.

**Federal Prison Camp; Maxwell AFB, Alabama; August 1982 to July 1985.**

> This was a 32 hour per week position which involved the provision of psychological services to the 400 inmates at this minimum security correctional facility. Duties included psychological assessment of all incoming inmates, individual and group psychotherapy, crisis intervention, staff consultation. Other incumbent responsibilities included coordinating the local Employee Counseling Program and the Suicide Prevention Program, as well as serving as Chairman of the Research Committee, Chairman of the EEO Committee, and as a member of the Personnel Screening Committee. Was staff coordinator for Inmate Alcoholics Anonymous (AA) program.

**Private practice in clinical psychology; Montgomery, Alabama; October 1981 to July 1985.**

> Maintained a practice limited to 8 to 14 direct service hours per week. Primary activities were individual and family psychotherapy with adults, adolescents, and children. Also provided psychological assessment and forensic consultations.

2

**Alabama Department of Youth Services Diagnostic and Evaluation Center; Mt. Meigs, Alabama; October 1978 to August 1982.**

> Coordinator of psychological services. Duties were to supervise and to direct the staff responsible for the intellectual and psychodiagnostic assessments of the juvenile offenders committed to the Department of Youth Services, conduct intellectual and psychological assessments on more difficult cases, participate in and periodically direct interdisciplinary case staffings, perform administrative duties for psychological services, serve as a liaison with mental health agencies, and provided crisis intervention. Additional services were provided to the Alabama Department of Youth Services, Mt. Meigs Campus, an institution for juvenile offenders. These services included coordinating psychological services for the campus, supervising individual and group psychotherapy conducted by the psychological staff, individual and group psychotherapy with the students, program planning and development, and staff consultation.

## PREDOCTORAL INTERNSHIP

**Malcolm Bliss Mental Health Center; St. Louis, Missouri; September 1977 to September 1978.**

> Clinical psychology internship approved by American Psychological Association. Duties included individual and group psychotherapy with adult, adolescent, children, alcoholic, and drug abuse populations in inpatient, outpatient, and day hospital programs; couple therapy; family therapy; intellectual and psychodiagnostic assessments; family assessments; screening interviews with psychiatric outpatients; participation in interdisciplinary staff meetings; supervision of psychology graduate students involved in a psychotherapy practicum; the formulation and implementation of contingency management programs; and consultation with local halfway house for alcoholics.

## PROFESSIONAL EXPERIENCE DURING GRADUATE TRAINING

**Alabama Department of Youth Services Diagnostic and Evaluation Center; Mt. Meigs, Alabama; June 1976 to August 1977.**

> Half-time psychology trainee. Duties included intellectual and psychodiagnostic assessment of adjudicated delinquents; formulation of individual treatment plans; interpretation of psychological test results at interdisciplinary staff meetings; assignment of students to department facilities; emergency psychotherapy; and consultation on behavioral management systems.

**Alabama Department of Youth Services Diagnostic and Evaluation Center; Mt. Meigs, Alabama; June 1976 to August 1976.**

Practicum in intellectual and psychodiagnostic assessment and the formulation of individual treatment plans for juvenile offenders. 50 hours.

**East Alabama Comprehensive Mental Health Center; Russell County Satellite Clinic; Phenix City, Alabama; September 1975 to June 1976.**

Duties included individual psychotherapy with both children and adults; intellectual and psychodiagnostic assessment; consultation with local schools and agencies; vocational assessment; crisis intervention; emergency assessment. 500 hours.

**East Alabama Comprehensive Mental Health Center; Outpatient Services. September 1975 to December 1975.**

Practicum in intellectual and psychodiagnostic assessment of adults and the formulation of individual treatment strategies. 50 hours.

**East Alabama Comprehensive Mental Health Center; Alcoholism services. March 1975 to December 1975.**

Duties included individual psychotherapy with adults; couple therapy; case presentations at weekly interdisciplinary staff meetings; and emergency assessment. 150 hours.

**Lee County Youth Development Center. January 1975 to March 1975.**

Duties included intellectual and psychodiagnostic evaluation of juvenile offenders; individual treatment formulation; and emergency psychotherapy. 100 hours.

**Auburn University Department of Psychology Testing Laboratory; June 1974 to September 1975.**

Graduate teaching assistant for a graduate-level course in intellectual assessment. Duties included individualized instruction in the administration and scoring of individual intelligence tests (Stanford-Binet, WAIS, WISC-R, WPPSI); assessment of students' competence in the administration of these instruments and the scoring protocols; and occasional class lectures. 700 hours.

**East Alabama Comprehensive Mental Health Center; Transitional Home. September 1973 to March 1974.**

> Duties as clinical assistant included psychodiagnostic screening and selection of potential residents; management of token economy; conducted individual and group psychotherapy under supervision; formulation of individual treatment strategies.  360 hours.

## TEACHING EXPERIENCE

Auburn University; Auburn, Alabama
> Psychology 670 Assessment of Intelligence
> (Graduate Teaching Assistant)
> Adjunct Faculty Member – 1979-1985 – Taught and supervised master's level and doctoral level students in clinical psychology.  Teaching and supervision were in the areas of psychological testing, psychotherapy, and adolescent development.

U.S. Air Force Judge Advocate General School; Maxwell AFB, Alabama
> Adjunct Faculty Advanced Trial Course – 1993-current

Alabama Judicial College – Administrative Office of Courts; Montgomery, Alabama
> Adjunct Faculty – 1998-current
> > Juvenile Judges & Probation Officers – Relationship between child abuse and child neglect and the development of delinquent behavior.
> > Circuit Court Judges – Assessment and treatment of sex offenders.
> > Court Appointed Special Advocate (CASA) – Regional Coordinators – Child development and attachment issues.

## PROFESSIONAL ASSOCIATIONS

> American Psychological Association

> Southeastern Psychological Association

> Alabama Psychological Association

> Association of Licensed Psychologists in Alabama
> > (Secretary-Treasurer 1986-1988)
> > (President – 1988-1990)

> Montgomery Association of Licensed Psychologists
> > (President – 1984-1986)

> Association for Treatment of Sex Abusers
> > Clinical Member

## CONSULTING EXPERIENCE

**Rehab Associates – 1990-1996**

Consulted with an industrial rehabilitation program, providing both direct services (psychological screening of patient and group/individual psychotherapy) and consultation in biweekly staffing.

**Alabama Department of Youth Services – 1996**

Consulted with attorneys in U.S. District Court consent decree regarding development of individual service plans and provision of appropriate treatment of adjudicated delinquents.

## COMMITTEE MEMBERSHIPS

Alabama Department of Youth Services
State Systems
Planning Committee 1979-1981

Alabama Psychological Association
Legislative Committee.  Member, 1979-1981; Chairperson, 1980-1981, 1996-1997.
Public Information Committee.  Chairperson, 1985-1987.
Ethics Committee.  Member, 1995-1997.

Association of Licensed Psychologists in Alabama
Quality Assurance Task Force.  Chairperson, 1987.

Board of Education, Montgomery, Alabama
Corporal Punishment/Discipline Committee, Member 1987-1989.

Association for Treatment of Sex Abusers
Alabama Public Information Representative, 1995-1997.

Alabama Judicial System Permanent Study Commission
Special Subcommittee on Child Custody, 1999.

## FELLOWSHIPS AND TRAINEESHIPS

Alabama Department of Youth Services Trainee.
June 1976 to June 1977.

**<u>HONORS</u>**

Psi Chi

**<u>COMMUNITY ACTIVITIES</u>**

AGAPE of Central Alabama
   Board Member, 1981-1987.
   Advisory Board Member, 1987-present.

**<u>PROFESSIONAL REGULATORY BOARD</u>**

Appointed by Governor Don Siegelman to Alabama Board of Examiners in Psychology , January, 2000.
   Elected Vice-Chair of Board, January, 2001.