**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 25, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** USA vs. Marcus Rashawn Smith

**Case Number:** 2:06cr21-WKW

**Referenced Pleading:** Motion to Appoint Expert
Document #55

This Notice of Correction has been filed in this case to notice parties that the above referenced pleading was filed in this case in error. Entry should be disregarded.