IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-21-WKW |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

## **ORDER**

It is ORDERED that *Ex Parte* hearing is continued from February 15, 2008, to **February 19, 2008, at 2:30 p.m.** Defense counsel shall file with the court a brief **on or before February 15, 2008,** explaining why these additional fees are necessary and specifically addressing why the psychological evaluation needs to be done by this expert.

DONE this 4th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE