IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-21-WKW |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

**<u>ORDER</u>**

It is ORDERED that the sentencing hearing in this matter is continued to **March 21, 2008, at 9:00 a.m.**, Courtroom 2-E of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 5th day of March, 2008.

                    /s/   W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE