IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:06-CR-21-WKW |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

## NOTICE

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this Notice:

On March 3, 2008, the Court commenced sentencing proceedings against the defendant. At the hearing, the defense presented witness testimony and informed the Court that it intended to present expert testimony after its' expert completed an evaluation of the defendant. The expert was expected to return a written report of findings and opinions, a report of which was to be provided to the government.

Sentencing in this matter is to continue on Friday, March 21, 2007 at 9:00 am. To date, the government has not received its' copy of the expert's report and, as such, may not be prepared to continue should the defense call the expert to give testimony based on her evaluations and opinions formed therefrom.

Respectfully submitted, this the 17th day of March, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280    Fax: (334) 223-7138
        E-mail: susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **NO. 2:06-CR-21-WKW** |
| | ) | |
| **MARCUS RASHAWN SMITH** | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles Vercelli, Esquire.

> Respectfully submitted,
>
> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Susan R. Redmond
> SUSAN R. REDMOND
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, Alabama 36104
> Telephone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: susan.redmond@usdoj.gov