IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-21-WKW |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

## **ORDER**

Defense counsel orally requested an additional authorization of expenses for the services of Dr. Jeanne Martin on March 3, 2008. There is a $1,600 limit for services rendered, exclusive of reasonable expenses. *See* 18 U.S.C. § 3006A(e)(3). The district judge may approve additional expenses if the services are of "an unusual character or duration," and the chief judge of the circuit must also authorize the expenditure. *Id.* Because there is no showing that the services provided are an unusual character or duration, the court DENIES the defendant's request for additional authorization.

DONE this 18th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE