IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-021-W |
| ) | |
| MARCUS RASHAWN SMITH ) | |

NOTICE OF FILING FINAL PSYCHOLOGICAL
EVALUATION ON DEFENDANT MARCUS SMITH

The undersigned counsel hereby files the final psychological evaluation for Defendant Marcus Smith.

Respectfully submitted on this the 20th day of March, 2008.

s/ C. E. Vercelli, Jr.
CHARLES E. VERCELLI, JR.

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL: 334-834-8805
FAX: 334-834-8807
cvercelli@vercelli-law.com

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney.

s/ C. E. Vercelli, Jr.
Of Counsel

504-06/Notice-Filing-Final Evaluation.1.wpd