## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-021-W |
| | ) | |
| MARCUS RASHAWN SMITH | ) | |

### MOTION TO AUTHORIZE PAYMENT OF EXPERT WITNESS FEES

Defendant Smith, through counsel, moves this Honorable Court to authorize the payment of expert witness fees for Dr. J. Davis Martin. As grounds for this Motion, Defendant says:

1. On March 20, 2008, the Court held the second hearing of the two-part sentencing hearing of the Defendant. At both hearings, expert witness Dr. J. Davis Martin, mitigation expert for the Defendant, attended, and in the second hearing, testified.

2. During the past 8 to 10 months, the Defendant has filed several motions regarding hiring an expert mitigation witness, and the Court authorized the expenditure of up to $1,600 for a mitigation expert. Defendant adopts by reference the motions previously filed in this regard.

3. During the first sentencing hearing on March 3, 2008, the Court, when asked by counsel for the Defendant regarding Dr. Martin's fees, indicated that the issue would be taken up later and that the expert, Dr. Martin, should not travel to the Defendant's home town of York, Alabama, and interview witnesses, as proposed by the Defendant, but should instead at the conclusion of the first sentencing hearing meet the witnesses. The Court further indicated she should then testify at the next sentencing hearing.

4. Dr. Martin met with the witnesses, returned to her office, developed a written report, and attended the next sentencing hearing on March 21, 2008. During this second sentencing hearing, Dr. Martin testified as a mitigation expert.

5. After the conclusion of the sentencing, and on the request of Defendant's attorney, the Court indicated that the Defendant should file a motion within 30 days with respect to payment for Dr. Martin's witness fees. This is the motion filed in accordance with that notice.

6. Dr. Martin has expended the following amounts of time in working on this matter:

| Date | Hours | Description |
|---|---|---|
| 9/18/07 | NC | Receive & review fax from Vercelli |
| 10/1/07 | 1.00 | Records Review |
| 10/2/07 | 1.00 | Evaluation Visit with client |
| 10/2/07 | 1.00 | Administer M-FAST |
| 10/2/07 | | Administer MMSE (flat rate $85) |
| 10/2/07 | | Administer SIT-R (flat rate $350) |
| 10/4/07 | 0.25 | Attorney Consult with Vercelli |
| 11/27/07 | 3.00 | Records Review |
| 12/24/07 | 2.00 | Review documents from Vercelli |
| 12/29/07 | 5.00 | Interim Report to Court |
| 2/12/08 | 0.10 | Fax to Vercelli |
| 2/29/08 | 0.75 | Attorney Consult |
| 2/29/08 | 0.20 | Fax to Vercelli |
| 3/2/08 | 1.00 | Document Review |
| 3/3/08 | 0.25 | Attorney Consult with Vercelli |
| 3/3/08 | 2.50 | Attend Court sentencing hearing |
| 3/3/08 | 1.50 | Interviews with client's family members |
| 3/19/08 | 0.50 | Attorney Consult with Vercelli |
| 3/19/08 | 7.75 | Draft Report and send to Vercelli |
| 3/20/08 | 0.75 | Attorney Consult with Vercelli |
| 3/21/08 | 2.50 | Court – attend & testify at final sentencing hearing |

7.  From the above, it is clear that Dr. Martin has expended, at an hourly rate of $125.00 per hour, billable time on this matter in the amount of $3,881.25, plus flat rate charges of $435.00 for a total of 4,316.25.

8.  The Defendant, pursuant to the provisions of the Criminal Justice Act, moves this Honorable Court to authorize, *nunc pro tunc*, payment for Dr. Martin's time in excess of the initially approved $1,600.00, for an additional total, *nunc pro tunc* payment of $2,716.25.

9.  The United States Code, at 18 USC 3006 A(e)(1) provides:

> "(1) Upon request.—Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services.
>
> ...
>
> (3) Maximum amounts.—Compensation to be paid to a person for services rendered by him to a person under this subsection, or to be paid to an organization for services rendered by an employee thereof, shall not exceed $1,600, exclusive of reimbursement for expenses reasonably incurred, unless payment in excess of that limit is certified by the court, or by the United States magistrate judge if the services were rendered in connection with a case disposed of entirely before him, as necessary to provide fair compensation for services of an unusual character or duration, and the amount of the excess payment is approved by the chief judge of the circuit. The chief judge of the circuit may delegate such approval authority to an active circuit judge."

10. Pursuant to this law, the Court has the authority to authorize a payment in excess of that amount, particularly under the circumstances disclosed herein. Were the Defendant not an indigent person, the Defendant and his attorney would certainly have

incurred such expenses, and indeed a great deal more in expense in attempting to develop reasonable mitigation testimony. Moreover, because counsel and Dr. Martin reasonably relied on what counsel and Dr. Martin understood the Court's directions to be, it would be unjust to not authorize the additional payments to Dr. Martin.

**WHEREFORE,** for good cause shown, Defendant moves this Honorable Court to authorize the payment, to Dr. J. Davis Martin, for expert witness fees, as a mitigation expert, the total amount of $4,316.25, which includes $2.716.25 in excess of the originally approved $1,600.00.

Respectfully submitted on this the 18th day of April, 2008.

                                        **/s/ C. E. Vercelli, Jr.**
                                        **CHARLES E. VERCELLI, JR.** (ASB-6085-V82C)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:   334-834-8805
FAX:   334-834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney.

                                        **/s/ C. E. Vercelli, Jr.**
                                        Of Counsel

504-06/M-auth payment of expert.2.wpd