IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-21-WKW |
| | ) | [WO] |
| MARCUS RASHAWN SMITH | ) | |

## **ORDER**

In March 2008, Defendant Marcus Rashawn Smith was sentenced to 430 months in prison based upon his guilty plea to multiple charges: two counts of bank robbery, in violation of 18 U.S.C. § 2113(a); two counts of brandishing a firearm during the commission of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii); and two counts of possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1). (Docs. # 45-1, 75.) In January 2025, his unopposed *pro se* motion for compassionate release, citing extraordinary and compelling reasons, was granted. (Docs. # 102, 108, 111.)

While serving his federal sentence, Mr. Smith pleaded guilty in the Circuit Court of Lowndes County, Alabama, to a 2005 murder and received a 25-year state prison sentence, to be served concurrently with his federal sentence. According to letters Mr. Smith filed with the court, dated May 1 and 5, 2025, 59 days after his release from federal custody, Mr. Smith was stopped by the Tuscaloosa City Police for a traffic violation and subsequently taken into custody by the Alabama Department of Corrections to complete his state sentence for the murder conviction.

(Doc. # 112.)  In that letter, Mr. Smith requests documentation confirming that he still has a 35-year, 10-month federal sentence in effect, despite being released after serving 19 years.  He seeks this clarification to demonstrate to the State of Alabama that his 25-year concurrent state sentence can continue to run alongside the remaining federal term.  (Doc. # 112.)  In a subsequent letter to the court, dated November 23, 2025, Mr. Smith inquires whether this court "is authorized to execute discharge of the concurrent sentences as if [they] were one sentence."  (Doc. # 122.)  The May 2025 letters were construed as a motion for clarification of Mr. Smith's federal sentence (Doc. # 113), and the November 2025 letter was docketed as a supplement to the construed May 2025 motion (Doc. # 122).

Mr. Smith's submissions and requested relief have been carefully reviewed.  However, this federal criminal case does not provide a mechanism to alter or discharge his state sentence imposed by the Circuit Court of Lowndes County.  Issues related to the administration and effect of Mr. Smith's 25-year state sentence cannot be addressed through a motion for clarification or any other motion in this federal case.

Accordingly, it is ORDERED that Mr. Smith's motion for clarification of his federal sentence (Doc. # 112), as supplemented (Doc. # 122), is DENIED.

DONE this 13th day of January, 2026.

           /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE